CO-386
10/2018

# United States District Court
# For the District of Columbia

TUBI, INC.

          Plaintiff

vs

KELLER POSTMAN LLC

          Defendant

Civil Action No. 24-cv-1616

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Tubi, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Tubi, Inc.__ which have any outstanding securities in the hands of the public:

Tubi is a wholly owned, indirect subsidiary of Fox Corporation, a publicly traded Delaware corporation with its principal place of business in New York.

The following individuals or entities own 10% or more of Fox Corporation: the Murdoch Family Trust; BlackRock, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

___/s Kelly M. Morrison___
Signature

D.C. Bar No. 1046293
BAR IDENTIFICATION NO.

Kelly M. Morrison
Print Name

515 South Flower St., Suite 3300
Address

Los Angeles, CA 90071-2246
City      State      Zip Code

(213) 239-5100
Phone Number