UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TUBI, INC.,<br>315 Montgomery St., Floor 11<br>San Francisco, CA 94104<br><br>                Plaintiff,<br><br>     v.<br><br>KELLER POSTMAN LLC,<br>1101 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C. 20036<br><br>                Defendant. | Civil Action No. 1:24-cv-01616<br><br>**DECLARATION OF BRANDON D. FOX IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF, TUBI, INC.** |

I, Brandon D. Fox, hereby declare as follows:

1. My full name is Brandon Douglas Fox.

2. My California state bar membership number is 290409.

3. My Illinois state bar membership number is 6272239.

4. My office address is Jenner & Block LLP, 515 South Flower Street, Suite 3300, Los Angeles, CA  90071-2246. My office telephone number is (213) 239-5100. My office facsimile number is (213) 239-5199.

5. I have been admitted to the following bar associations and courts:

| Bar/court where admitted | Admission date |
|---|---|
| California | 06/05/2013 |
| Illinois | 11/09/2000 |

1

| | |
|---|---|
| U.S. Court of Appeals, Seventh Circuit | 4/19/2024 |
| U.S. Court of Appeals, Ninth Circuit | 9/26/2014 |
| U.S.D.C., Central District of California | 8/29/2018 |
| U.S.D.C., Eastern District of California | 8/8/2022 |
| U.S.D.C., Northern District of California | 10/1/2018 |
| U.S.D.C., Northern District of Illinois | 8/23/2017 |

6.  I have not been disciplined by any state or federal bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7.  I have not been admitted pro hac vice in the United States District Court for the District of Columbia in the previous two years.

8.  I do not engage in the practice of law in the District of Columbia. I do not have a pending application for admission into the U.S.D.C. for the District of Columbia.

9.  I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

10. Executed this 3rd day of June, 2024, in Los Angeles, California.

DATED: June 3, 2024

JENNER & BLOCK LLP

By: *Brandon Fox*
Brandon D. Fox (*pro hac vice pending*)
bfox@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:  (213) 239-5100
Facsimile:  (213) 239-5199

*Attorneys for Plaintiff*