UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TUBI, INC.,<br>315 Montgomery St., Floor 11<br>San Francisco, CA 94104<br><br>    Plaintiff,<br><br> v.<br><br>KELLER POSTMAN LLC,<br>1101 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C. 20036<br><br>    Defendant. | Civil Action No. 1:24-cv-01616<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF BRANDON D. FOX** |

Upon consideration of the Motion for Admission Pro Hac Vice of Brandon D. Fox as Counsel for Plaintiff, Tubi, Inc., it is hereby **ORDERED** that the Motion is **GRANTED**.

DATED: _____    _____
                        Honorable
                        United States District Judge