**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TUBI, INC.,
Plaintiff,

v.

KELLER POSTMAN LLC,
Defendant.

Case No. 1:24-cv-01616-ACR

# KELLER POSTMAN LLC'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Defendant Keller Postman LLC ("Keller Postman") is a citizen of Florida, Virginia, Texas, and Illinois based on the respective citizenships of its individual members, Ashley Keller, Warren Postman, Zina Bash, and Adam Gerchen. Pursuant to Rule 7.1(a)(1)(B) of the Federal Rules of Civil Procedure and Local Civil Rule 26.1, I certify that to the best of my knowledge and belief, no parent companies, subsidiaries, affiliates, or companies own at least 10% of the stock of Keller Postman.

Dated: September 25, 2024

Respectfully submitted,
KELLER POSTMAN LLC

By: /s/ Warren D. Postman

Warren D. Postman (Bar ID 995083)
Albert Y. Pak (Bar ID 888314242)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
(202) 918-1123
wdp@kellerpostman.com
albert.pak@kellerpostman.com

Kiran N. Bhat (Bar ID 1021898)
2333 Ponce De Leon Boulevard, Suite R-240
Suite R-240
Coral Gables, FL 33134
(305) 845-4684
kiran.bhat@kellerpostman.com
*Attorneys for Defendant*