**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TUBI, INC.,<br>          Plaintiff,<br><br>v.<br><br>KELLER POSTMAN LLC,<br>          Defendant. | Case No. 1:24-cv-01616-ACR |

**DEFENDANT'S [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION**
**OF ATTORNEY FREDERICK MESSNER *PRO HAC VICE***

The Court has reviewed the Defendant's motion for admission of attorney Frederick Messner *pro hac vice*. Upon consideration of that motion, the Court grants attorney Frederick Messner *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated: _____          _____
                                                              United States District Judge