UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TUBI, INC., <br><br>             Plaintiff, <br><br>      v. <br><br> KELLER POSTMAN LLC, <br><br>             Defendant. | Civil Action No. 1:24-cv-01616-ACR <br><br> Judge Ana C. Reyes |

**STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL OF KELLER POSTMAN LLC'S  MOTION TO DISQUALIFY JENNER & BLOCK LLP [ECF No. 23]**

   Pursuant to Defendant Keller Postman LLC's representations to the Court during the status conference on December 19, 2024, and by agreement of the parties, Plaintiff Tubi, Inc. ("Plaintiff") and Defendant Keller Postman LLC ("Defendant") have stipulated that Defendant's Motion to Disqualify Jenner & Block LLP, filed at ECF No. 23, be withdrawn without prejudice.

   IT IS HEREBY ORDERED that Defendant's Motion to Disqualify Jenner & Block LLP is withdrawn without prejudice.

**IT IS SO ORDERED.**


Dated this _____ day of _____, 2025


                         _____
                         The Honorable Ana C. Reyes
                         United States District Judge

AGREED AND SO STIPULATED:

JENNER & BLOCK LLP

By: /s/ *Brandon D. Fox*
    Brandon D. Fox (*pro hac vice*)
    bfox@jenner.com
    Kelly M. Morrison (D.C. Bar No. 1046293)
    kmorrison@jenner.com
    Sati Harutyunyan (D.C. Bar No. 1049009)
    sharutyunyan@jenner.com
    515 South Flower Street, Suite 3300
    Los Angeles, CA 90071-2246
    Telephone:  (213) 239-5100
    Facsimile:  (213) 239-5199

    *Attorneys for Plaintiff*

KELLER POSTMAN LLC

By: /s/ *Kiran N. Bhat*
    Kiran N. Bhat (D.C. Bar No. 1021898)
    kiran.bhat@kellerpostman.com
    2333 Ponce De Leon Boulevard
    Suite 100
    Coral Gables, FL 33134
    (305) 845-4684

    Warren D. Postman (D.C. Bar No. 995083)
    wdp@kellerpostman.com
    Albert Y. Pak (D.C. Bar No. 888314242)
    albert.pak@kellerpostman.com
    Fred Messner (*pro hac vice*)
    fred.messner@kellerpostman.com
    1101 Connecticut Avenue N.W.
    Suite 1100
    Washington, DC 20036
    (202) 918-1123

    *Attorneys for Defendant*

Dated: January 11, 2025