# **EXHIBIT E**

1

```
 1    IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
                    WINNEBAGO COUNTY, ILLINOIS
 2

 3   JACQUELINE GREGORY,                )
                                        )
 4                  Petitioner,         )
                                        )
 5        vs.                           )   NO. 2024 LA 209
                                        )
 6   TUBI INC.,                         )
                                        )
 7                  Respondent.         )   HEARING

 8
         REPORT OF PROCEEDINGS of the hearing before the
 9
     Honorable JUDGE RONALD BARCH, commencing on DECEMBER 4,
10
     2024.
11

12
     APPEARANCES:
13       ATTORNEY EUGENE Y. TURIN,
         ATTORNEY EVAN MEYERS, and
14       ATTORNEY JORDAN FRYSINGER,

15             for the Plaintiff;

16     ATTORNEY DAVID LAYDEN and
       ATTORNEY BRANDON FOX,
17
               for the Defendant;
18
       ATTORNEY ETHAN AMES,
19     ATTORNEY WARREN POSTMAN, and
       ATTORNEY BEN WHITING,
20
                for Other Parties.
21

22
                     RECORDING TRANSCRIBED BY:
23
                           Tracy Hefty
24                    Official Court Reporter
```

1 object and those need to be addressed and people who
2 signed, individually, opt outs after being presented,
3 again, with information about this settlement, far more
4 advice I would say than just the general settlement
5 notice and have made an individual choice in a signed
6 exclusion request to be opted out.  So, I think all of
7 that is tangential.
8     The last piece, which we, we will get to, is
9 there are the claimants who didn't respond to us before
10 the deadline and had not submitted a claim into the
11 settlement.  As we say in our briefs, for those people,
12 the choice is very simple; they're not getting any
13 compensation from this settlement, no matter what, they
14 haven't submitted -- affirmatively a claim.
15     So, the choice is, do they -- are they able
16 to have counsel protect their rights and opt them out so
17 they can continue with their arbitrations; they've
18 retained us to do, they've signed declarations saying
19 they want us to do that.  We signed opt out requests on
20 their behalf, total transparently; we didn't sign their
21 name, we signed our name.  We were completely transparent
22 with what was happening and said these people have
23 counsel to protect their rights, they should not have
24 their right prejudiced because they didn't respond in

```
 1  IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
 2                  WINNEBAGO COUNTY, ILLINOIS
 3
        I, TRACY HEFTY, an Official Court Reporter for the
 4
    Seventeenth Judicial Circuit of Illinois, do hereby certify
 5
    that the foregoing Report of Proceedings was electronically
 6
    recorded and is a true, correct, and complete transcript so
 7
    taken at the time and place hereinabove set forth to the
 8
    best of my ability based on the quality of the electronic
 9
    recording.
10
11
12
                               _____
13                                       TRACY HEFTY
                                   Official Court Reporter
14
15
16
17
18
19
20
21
22
23
24
    Dated this 17th day of December, 2024.
```