# **EXHIBIT L**

\*\*ELECTRONICALLY FILED\*\*
DOC ID: 31534025
CASE NO: 2024-LA-0000209
DATE: 2/24/2025 10:44 AM
BY: J P, DEPUTY

**APPEAL TO THE ILLINOIS APPELLATE COURT, FOURTH DISTRICT
FROM THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
WINNEBAGO COUNTY, ILLINOIS**

| | |
|---|---|
| SAMANTHA DELLIA, JAYSHA HARRIS, CLINTON JAMES, CHARLES MORRIS, JOHN NICHOLSON, DUSTIN OCHS, MICHAEL PATTERSON, CARLOS RAGSDALE, ROBERT RICHARDS, and MONICA SANTOS, | Case No.: 24-LA-0000209 |
| *Appellants*, | Hon. Ronald A. Barch |
| v. | Appeal pursuant to Illinois Supreme Court Rules 301 and 303 |
| JACQUELINE GREGORY, individually and on behalf of a class of similarly situated individuals, | |
| *Plaintiff–Appellee*, | |
| TUBI, INC., | |
| *Defendant–Appellee*. | |

## NOTICE OF APPEAL

Appellants Samantha Dellia, Jaysha Harris, Clinton James, Charles Morris, John Nicholson, Dustin Ochs, Michael Patterson, Carlos Ragsdale, Robert Richards, and Monica Santos ("Appellants"), by and through their attorneys, Keller Postman LLC, pursuant to Illinois Supreme Court Rules 301 and 303, hereby appeal the following orders and judgement entered by the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois:

1.  The Final Approval Order and Judgment entered on January 24, 2025. A true and correct copy of the Final Approval Order and Judgment entered on January 24, 2025, is attached to this Notice of Appeal as Exhibit A.

2. All orders and rulings of the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois, relating to, or incorporated into the Final Approval Order and Judgment entered on January 24, 2025, including the Preliminary Approval Order entered on August 26, 2024. A true and correct copy of the Preliminary Approval Order entered on August 26, 2024, is attached to this Notice of Appeal as Exhibit B.

Also attached to this Notice of Appeal as Exhibit C are true and correct copies of documents and correspondence relating to the orders and judgment described above.

Through this appeal, Appellants respectfully request that the Illinois Appellate Court reverse or vacate the Final Approval Order and Judgment entered on January 24, 2025, and the Preliminary Approval Order entered on August 26, 2024, by the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois, and grant such further relief as the Illinois Appellate Court deems appropriate.

| | | |
|---|---|---|
| Dated: February 24, 2025 | | Respectfully submitted, |
| | | SAMANTHA DELLIA, JAYSHA HARRIS, CLINTON JAMES, CHARLES MORRIS, DUSTIN OCHS, JOHN NICHOLSON, MICHAEL PATTERSON, CARLOS RAGSDALE, ROBERT RICHARDS, and MONICA SANTOS |
| | By: | /s/ *Ethan H. Ames* <br> One of Their Attorneys |

KELLER POSTMAN LLC

Ethan H. Ames (ARDC # 6344179)
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
(312) 741-5220
ethan.ames@kellerpostman.com

*Attorneys for Appellants*
*Samantha Dellia, Jaysha Harris,*
*Clinton James, Charles Morris,*
*John Nicholson, Dustin Ochs,*
*Michael Patterson, Carlos Ragsdale,*
*Robert Richards, and Monica Santos*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused this Notice of Appeal to be served on February 24, 2025, via email on:

| | |
|---|---|
| David C. Layden<br>  *dlayden@jenner.com*<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>(312) 222-9350<br><br>Brandon D. Fox<br>  *bfox@jenner.com*<br>JENNER & BLOCK LLP<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>(213) 239-5100<br><br>*Attorneys for Defendant–Appellee*<br>*Tubi, Inc.* | Evan M. Meyers<br>  *emeyers@mcgpc.com*<br>Eugene Y. Turin<br>  *eturin@mcgpc.com*<br>Jordan R. Frysinger<br>  *jfryinger@mcgpc.com*<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Dr., 9th Floor<br>Chicago, IL 60601<br>(312) 893-7002<br><br>*Attorneys for Plaintiff–Appellee*<br>*Jacqueline Gregory, individually and on behalf of a class of similarly situated individuals* |

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*/s/ Ethan H. Ames*

Ethan H. Ames