UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TUBI, INC., <br>          Plaintiff, <br><br> v. <br><br> KELLER POSTMAN LLC, <br>          Defendant. | Civil Action No. 1:24-cv-01616-ACR <br><br> Judge Ana C. Reyes |

**JOINT STATUS REPORT**

Plaintiff Tubi, Inc. and Defendant Keller Postman LLC (collectively, the "Parties") submit this Joint Status Report in response to the Court's August 20, 2025 Minute Order and state as follows:

1. In April and May 2025, the Parties participated in mediation seeking to resolve the claims Keller Postman filed with JAMS on behalf of nearly 24,000 individual claimants in April 2024 ("JAMS Arbitration").

2. On May 20, 2025, the Parties entered into a settlement administration agreement ("Settlement Administration Agreement") to settle the claims of each Keller Postman client with an arbitration demand against Tubi pending at JAMS. The Settlement Administration Agreement also resulted in the dismissal of the appeal Keller Postman filed on behalf of ten individuals in *Dellia v. Gregory,* No. 4-25-0181(Ill. App. Ct., 4th Dist.).

3. As of the date of this status report, the total number of claimants wishing to accept a settlement in the JAMS Arbitration has not been finalized and it is not clear whether any claimants

1

2

will continue with their arbitrations. Accordingly, the Parties request an additional 60 days to provide a further status report, including an update on anticipated proceedings in this action.

Dated: September 10, 2025                                              Respectfully submitted,

| JENNER & BLOCK LLP | KELLER POSTMAN LLC |
|---|---|
| By: */s/ Brandon D. Fox*<br>Brandon D. Fox (*pro hac vice*)<br>bfox@jenner.com<br>Kelly M. Morrison (D.C. Bar No. 1046293)<br>kmorrison@jenner.com<br>Sati Harutyunyan (D.C. Bar No. 1049009)<br>sharutyunyan@jenner.com<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br><br>*Attorneys for Plaintiff* | By: */s/ Warren D. Postman*<br>Warren D. Postman (D.C. Bar No. 995083)<br>wdp@kellerpostman.com<br>Fred Messner (*pro hac vice*)<br>fred.messner@kellerpostman.com<br>1101 Connecticut Avenue N.W.<br>Suite 1100<br>Washington, DC 20036<br>(202) 918-1123<br><br>Kiran N. Bhat (D.C. Bar No. 1021898)<br>kiran.bhat@kellerpostman.com<br>2333 Ponce De Leon Boulevard<br>Suite 100<br>Coral Gables, FL 33134<br>(305) 845-4684<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 10th day of September, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: <u>/s/ Brandon D. Fox</u><br>
Brandon D. Fox