# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TUBI, INC., <br>       Plaintiff, <br><br> v. <br><br> KELLER POSTMAN LLC, <br>       Defendant. | Civil Action No. 1:24-cv-01616-ACR <br><br> Judge Ana C. Reyes |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In light of the confidential settlement reached by Tubi, Inc. and Keller Postman LLC, in its capacity as counsel for the claimants in the underlying mass arbitration, Tubi, Inc. provides notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of voluntary dismissal of this action.

DATED: October 31, 2025

JENNER & BLOCK LLP

By: /s/ *Brandon Fox*
    Brandon D. Fox (*pro hac vice*)
    bfox@jenner.com
    Kelly M. Morrison (D.C. Bar No. 1046293)
    kmorrison@jenner.com
    Sati Harutyunyan (D.C. Bar No. 1049009)
    sharutyunyan@jenner.com
    515 South Flower Street, Suite 3300
    Los Angeles, CA 90071-2246
    Telephone: (213) 239-5100
    Facsimile: (213) 239-5199

*Attorneys for Plaintiff Tubi, Inc.*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on the 31st day of October, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ *Brandon D. Fox*  
Brandon D. Fox
